# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

November 29, 2010

Before

FRANK H. EASTERBROOK, *Chief Judge*

RICHARD A. POSNER, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

**No**. 10-1347

UNITED STATES OF AMERICA,
 *Plaintiff-Appellee,*

   **v.**

DAVID S. SZYMUSKIEWICZ,
 *Defendant-Appellant.*

Appeal from the United
States District Court for the
Eastern District of Wisconsin.

No. 07-CR-171
Lynn Adelman, *Judge*.

## Order

The opinion of this court issued on September 9, 2010, is amended as follows:

 Page 8, delete the entire paragraph beginning on the bottom of this page starting with, "In saying that . . ."

 Page 9, delete the entire paragraph beginning on the bottom of this page starting with, "The Stored Communication Act . . ."